UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JOSEPH WITZIG, | No. 2:21-cv-1704-EFB P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

Petitioner is confined to California State Prison, Corcoran. The Clerk of the Court opened this action on September 20, 2021, upon receipt of a letter from petitioner addressed to the Clerk. ECF No. 1. In the letter, petitioner inquires about how to make copies of a federal petition for a writ of habeas corpus. The Clerk responded that it could make copies for petitioner at the cost of fifty cents a page. Petitioner also requests that the Clerk send him the court's form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court will direct the Clerk to send to petitioner the requested form. The court will also direct the Clerk to close this case, as there is no indication that petitioner intended to open a case through his letter of inquiry to the Clerk.

Accordingly, it is ORDERED that the Clerk of the Court is directed mail to petitioner a copy of the court's form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and to close this case.

DATED: November 4, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE